UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK D'AGOSTINO,<br><br>                       Plaintiff,<br><br>v.<br><br>NAUGHTON, *et al.*,<br><br>                       Defendants. | Case No.  3:20-cv-00480-RCJ-WGC<br><br>**ORDER** |

On January 12, 2021, Defendants filed a suggestion of death as to Plaintiff Frank D'Agostino. (ECF No. 11).

Pursuant to Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1). As such, if there is no motion for substitution filed within ninety (90) days from the date of this order, the Court will dismiss the case.

IT IS ORDERED that the Court will dismiss this case in ninety (90) days from the date of this order if there is no motion for substitution filed pursuant to Federal Rule of Civil Procedure 25(a)(1).

IT IS SO ORDERED.

DATED: January 14, 2021.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE