UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| FRANK D'AGOSTINO, | Case No. 3:20-cv-00480-RCJ-WGC |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| NAUGHTON, *et al.*, | |
| Defendants. | |

**I.  DISCUSSION**

On January 14, 2021, following Defendants' filing of a suggestion of death on the record stating that Plaintiff Frank D'Agostino (#32883) had passed away on January 3, 2021, the Court issued an order allowing a 90-day period from the date of the order for a motion for substitution to be filed by any party or by the decedent's successor or representative. (ECF No. 13).

Pursuant to Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed."  Fed. R. Civ. P. 25(a)(1).

The 90-day period has passed and there has been no motion for substitution.  As such, the Court dismisses the case.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Court dismisses this case pursuant to Fed. R. Civ. P. 25(a)(1).

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED that the Clerk of the Court will close the case and enter judgment accordingly.

DATED THIS 28th day of April 2021.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE